JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  775.322.7400
Facsimile:  775.322.9049
Email:  jchubb@armstrongteasdale.com
         lbubala@armstrongteasdale.com
 and     bsalinas@armstrongteasdale.com

Attorneys for First National of Ely

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.: BK-11-52516-BTB |
| --- | --- |
| VAN JEFFRY GARDNER dba QUARTER CIRCLE FIVE RANCH | Chapter: 12 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |
| | Hearing Date: n/a |
| | Hearing Time: n/a |

TO: ALL INTERESTED PARTIES

ARMSTRONG TEASDALE, LLP, attorneys for First National of Ely, a creditor in the above-referenced bankruptcy estate, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

| Janet L. Chubb, Esq. | Louis M. Bubala III, Esq. |
| --- | --- |
| ARMSTRONG TEASDALE LLP | ARMSTRONG TEASDALE LLP |
| 50 West Liberty, Suite 950 | 50 West Liberty, Suite 950 |
| Reno, NV 89501 | Reno, NV 89501 |
| Telephone:  775.322.7400 | Telephone:  775.322.7400 |
| Fax:  775.322.9049 | Fax:  775.322.9049 |
| Email:  jchubb@armstrongteasdale.com | Email:  lbubala@armstrongteasdale.com |
|    and    bsalinas@armstrongteasdale.com |    and    bsalinas@armstrongteasdale.com |

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver of the following rights:

1. Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

2. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation vel non of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

First National of Ely expressly reserves all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED: September 7, 2011        ARMSTRONG TEASDALE LLP

By:    /s/ Janet L. Chubb         .
       JANET L. CHUBB, ESQ.
       LOUIS M. BUBALA, ESQ.

Attorneys for First National of Ely

**CERTIFICATE OF SERVICE**

1. On September 7, 2011 I served the following document(s):

    **REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

    X b. **United States mail, postage fully prepaid** (list persons and addresses):

    Bret O. Whipple, Esq.
    1100 S. 10th Street
    Las Vegas, NV 89104
    Whipplebankruptcy@yahoo.com
    Attorney for Debtor

    M Nelson Enmark
    Trustee
    3855 N. West Avenue, Ste 108
    Fresno, CA 93705

    ☐ c. **Personal Service** (list persons and addresses)
    I personally delivered the document(s) to the persons at these addresses:

    ☐ d. **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of September, 2011

Barbara Salinas                             /s/ Barbara Salinas                   .
      Name                                              Signature

3