BRET O. WHIPPLE
Nevada Bar No. 6168
BANKRUPTCY LAW CENTER
1550 South Wells Suite 101
Reno, NV 89502
(775) 746-3333
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

Van Jeffrey Gardener,

                Debtors.

Case No.: 11-52516-btb

(Chapter 12)
**PROOF OF SERVICE**

Hearing Date: 10/26/2011
Hearing Time: 10:00 a.m.

    I, Yesenia Melendez, declare that:

1. I am employed as a legal assistant for Bankruptcy Law Center in the State of Nevada.
2. My business address is 1550 South Wells Suite 101, Reno, NV 89502.
3. I am over the age of 18.

    On October 4, 2011 I served the Joint Application to Employ Attorneys for Ddebtor by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed to the attached Master Mailing List.

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 4, 2011 in the City of Reno, State of Nevada.

                                    /s/ Yesenia Melendez
                                    Yesenia Melendez, Legal Assistant
                                    Bankruptcy Law Center, LLC

Van Jeffry Gardner
P.O. Box 282
Lund, NV 89317

Bret O. Whipple
Bankruptcy Law Center
1550 South Wells Suite 101
Reno, NV 89502

Capital One, N.a.
Acct No xxxxxxxxxxxx0078
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

JOHN WHITE
335 WEST FIRST STREET
Reno, NV 89503

M Nelson Enmark
Chapter 12 Trustee
3855 North West Ave. Suite 108
Fresno, CA 93705

Margaret A. Gardner
P.O. Box 265
Lund, NV 89317

Nevada Department of Taxation, Bankruptc
4600 Kietzke Lane Suite L-235
Reno, NV 89502

Sturgeon Electric Company
12150 E. 112th Ave.
Henderson, CO 80640

The First National Bank of Ely
Acct No x9981
595 Aultman Street
Ely, NV 89301

The First National Bank of Ely
Acct No x0913
595 Aultman Street
Ely, NV 89301

The First National Bank of Ely
Acct No 0616
595 Aultman Street
Ely, NV 89301

The First National Bank of Ely
Acct No 0343
595 Aultman Street
Ely, NV 89301

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509